IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-260-CV





M. GLENN NEANS,



 APPELLANT


vs.





PACIFIC SOUTHWEST BANK, A FEDERAL SAVINGS BANK,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 91-14589, HONORABLE JOSEPH H. HART, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: November 10, 1993

Do Not Publish